# FORM A

**FILED**
VANESSA L. ARMSTRONG, CLERK
JUN 16 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Donald R. Phillips,
   Plaintiff

v.                                                          CIVIL ACTION NO. 5:16-CV-88-TBR

Shastine Tangilag, MD, as
Primary Care Physician,

Lester Lewis, MD, as
Regional Medical Director w/ policy making authority,

Correct Care Solutions,
A Corporation,

Ted H. Jefferson, MD, as
Consulting Physician

Cookie Crews, as
Health Care Administrator, and

Any/All Unknown Defendants

(X) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Donald R. Phillips

Place of Confinement: Kentucky State Penitentiary

Address: 266 Water Street, Eddyville, Kentucky 42038

Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Shastine Tangilag is employed as Primary Care Physician at Correct Care Solutions.

The Defendant is being sued in his/her ( x ) individual and/or ( x ) official capacity.

(2) Defendant Lester Lewis is employed as Regional Medical Director at Correct Care Solutions.

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

(3) Defendant Correct Care Solutions, A LIMITED LIABILITY Company is employed as Medical Provider at Kentucky Department of Corrections.

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

(4) Defendant Ted H. Jefferson is employed as Consulting Physician at Correct Care Solutions.

The Defendant is being sued in his/her ( x ) individual and/or ( x ) official capacity.

(5) Defendant Denise Burkett, APRN is employed as Health Services Clinical Director at Kentucky Department of Corrections.

The Defendant is being sued in his/her ( ) individual and/or ( x ) official capacity.

2

(6) Defendant _____Any/All Unknown_____ is employed as _____ at _____.

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

At all times relevant, Plaintiff was, and remains, in the custody of the Kentucky Department of Corrections (KDOC).

At all times relevant, Plaintiff was under the medical care of employees of Correct Care Solutions (CCS), a corporation contracted to provide medical care by KDOC to its prisoners.

On 05/12/2014, Plaintiff was assaulted by another prisoner. (Exhibit #1). On 05/20/2014, Plaintiff was examined by Jimmy Johnson, RN, who noted swelling and discolloration from knee to ankle of Plaintiff's left leg. (Exhibit #2). Although not diagnosed until 03/13/2015, Plaintiff suffered a "probable plantaris rupture in the left lower leg" as a result of the assault of 05/12/2014. (Exhibits #10 and #28).

On 11/26/2014, Plaintiff filed a "Healthcare Request" with the medical department at the Kentucky State Penitentiary (KSP). (Exhibit #4). As a result of that request, Plaintiff was seen by Shastine Tangilag, MD (Dr. Tangilag), on 12/11/2014. (Exhibit #5). Dr. Tangilag is employed as the primary care physician at KSP by CCS. Her immediate supervisor is Dr. Lester Lewis, CCS Regional Medical Director. (Exhibit #31).

Although the injury has been examined via Ultra Sound, 02/03/2015; CT Scan, 03/13/2015; and, MRI, 08/11/2015, Plaintiff has received no medical treatment of any kind to ameliorate the injury, and none will be forthcoming according to Dr. Tangilag. (Exhibits #6; #10; #29; and #31).

On 07/03/2015, Plaintiff was examined by Ted H. Jefferson, DO. (Exhibit #28). Dr. Jefferson advised Plaintiff after having performed his examination that surgery was necessary as surgical intervention is at this late date the only option available to repair the injury. Dr. Jefferson ordered an MRI in preparation for that surgery.

4

## III. STATEMENT OF CLAIM(S) continued

Despite Plaintiff's written request for a final diagnosis, Dr. Jefferson has failed/refused to provide that information to Plaintiff.

To date, there remains a large solid mass on the medial aspect of the posterior left leg on top of the gastrochemius muscle measuring 5 inches in diameter-larger than a baseball-just as first noted by Dr. Tangilag on 12/11/2014. (Exhibit #5).

Plaintiff continues to suffer constant pain, can only walk short distances, and/or stand for short periods of time before the leg begins to ache like an impacted tooth from knee to ankle.

In short, despite more than sixteen months of seeking treetment from CCS, Plaintiff continues to suffer from a debilitating injury, and continual pain.

### CLAIM I

Dr. Tangilag, Dr. Lewis, and Correct Care Solutions, have violated the Eighth Amendment's prohibition against cruel and unusual punishment by their deliberate indifference to Plaintiff's serious medical needs.

### CLAIM II

Dr. Tangilag, Dr. Lewis, and Correct Care Solutions' collective failure/refusal to provide Plaintiff with adequate medical care constitutes medical malpractice under the laws of the State of Kentucky.

### CLAIM III

Dr. Jefferson's refusal to provide Plaintiff with his final diagnosis constitutes abandonment, and thus medical malpractice under the laws of the State of Kentucky.

Plaintiff hereby makes reference to, and a part hereof, his Memorandum in support of this Complaint.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ __$ 1,000,000.00__

__X__ grant injunctive relief by __Ordering Necessary Medical Treatment__

__X__ award punitive damages in the amount of $ __5,000,000.00__

____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __14th__ day of __JUNE__, 20__16__.

__Donald R. Phillips__
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __JUNE 14, 2016__.

__Donald R. Phillips__
(Signature)